### IN THE UNITED STATES DISTRCT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER GUTIERREZ-GARCIA**, <br> Petitioner, <br><br> v. <br><br> **J.L. JAMISON,** *et al*. <br> Respondents. | Case No.: 2:25-cv-07343-JLS |

### ORDER

**AND NOW**, this 29th day of December 2025, upon consideration of Petitioner's Motion for a Temporary Restraining Order (ECF No. 2), and the accompanying Memorandum of Law, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of this Court; and

2. Respondents shall file any opposition to the request for preliminary injunctive relief on or before **January 5, 2026, at 5:00 PM**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge