IN THE UNITED STATES DISTRCT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**WALTER GUTIERREZ-GARCIA**,
Petitioner,

v.

**J.L. JAMISON,** *et al.*
Respondents.

Case No.: 2:25-cv-07343-JLS

## ORDER

**AND NOW**, this 29th day of July, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 8), **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.