**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALTER GUTIERREZ-GARCIA,<br>Petitioner, | : | |
| v. | : | Civil No. 2:25-cv-07343-JLS |
| JAMAL L. JAMISON, et al.,<br>Respondents. | : | |

**ORDER**

**AND NOW**, this 27th day of October 2026, it is hereby **ORDERED** that the parties shall file by no later than October 30, 2026 a written stipulation memorializing their agreement for the Court to hold Petitioner's request for attorney's fees in abeyance until 30 days following the date the Supreme Court of the United States issues its decision in *Montoya Palacios v. Liggins,* No. 25-1223, at which time Respondents must file their response to Petitioner's request for attorney's fees.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge