**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALTER GUTIERREZ-GARCIA,<br>Petitioner,<br><br>v.<br><br>JAMAL L. JAMISON, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:25-cv-07343-JLS |

**ORDER**

**AND NOW**, this 4th day of November, 2026, it is hereby **ORDERED** that the parties' written stipulation to hold Petitioner's request for attorney's fees in abeyance until 30 days following the date the Supreme Court of the United States issues its decision in *Montoya Palacios v. Liggins,* No. 25-1223, at which time Respondents must file their response to Petitioner's request for attorney's fees, [Doc. 15] is **APPROVED**.

It is further **ORDERED** that the Court's previous Order that reopened this case [Doc. 12] is **VACATED**.

It is further **ORDERED** that the Petitioner's motion to reopen the case [Doc. 11] is **DENIED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge